FILED
NOVEMBER 19, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA DEL ROSARIO GOMEZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. |
| BAUSCH & LOMB INCORPORATED, | ) ) ) | |
| Defendant. | ) | |

07 C 6540

**JUDGE SHADUR
MAGISTRATE JUDGE COX**

### BAUSCH & LOMB INCORPORATED'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Bausch & Lomb Incorporated makes the following disclosures:

    (i)    Bausch & Lomb does not have a parent company; and

    (ii)    No publicly held company owns 10% or more of Bausch & Lomb's stock.

DATED: November 19, 2007.

                                          BAUSCH & LOMB INCORPORATED

                                          By:    s/ Peter A. Tomaras
                                                        One of Its Attorneys

Peter A. Tomaras (ARDC #6180423)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)
tomaras@wildmanharrold.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 19, 2007, a copy of the foregoing was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system and will send notification of such filing to be placed in the U.S. Mail at 225 West Wacker Drive, Chicago, Illinois, on November 19, 2007, addressed to attorneys of record.

Antonio M. Romanucci
Romanucci & Blandin
33 North LaSalle Street
Suite 2000
Chicago, IL  60602

s/ Peter A. Tomaras