**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Maria Del Rosario Gomez
                          Plaintiff,

v.                                                         Case No.: 1:07−cv−06540
                                                             Honorable Milton I. Shadur

Bausch & Lomb Incorporated
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 21, 2007:

      MINUTE entry before Judge Milton I. Shadur :Status hearing set for 11/28/2007 at 09:00 AM.(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.