UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO GOMEZ,               ) | |
| )
| Plaintiff(s),             ) | |
| ) | |
| v.                                                     ) | No. 07 CV 06540 |
| ) | |
| BAUSCH & LOMB, INC., and           ) | Judge Milton I. Shadur |
| WALGREEN, CO., d/b/a WALGREENS, ) | |
| ) | |
| Defendant(s).            ) | |
| ) | |

## NOTICE OF MOTION

TO: All Counsel of Record
    (See Attached Service List)

    PLEASE TAKE NOTICE that on **January 3, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Milton I. Shadur** or any judge sitting in his stead, in **Courtroom 2303** usually occupied by him in the Richard J. Daley Center, Chicago, Illinois, and shall move the court in accordance with **Plaintiff's Motion to Remand**, copies of which are attached hereto.

Antonio M. Romanucci
ROMANUCCI & BLANDIN, LLC
33 North LaSalle Street
Suite 2000
Chicago, IL 60602
(312) 458-1000
Attorney No. 35875

## PROOF OF SERVICE

    I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by sending a copy to all parties shown above at their respective addresses via notification by the ECF/Pacer Service before 5:00 p.m. December 27, 2007.

                                                             //s// Antonio M. Romanucci

[X]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

## SERVICE LIST
Del Rosario Gomez v. Bausch & Lomb, Inc. and Walgreen Co.
Court No: 07 CV 06540

Peter A. Tomaras
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
Tel: (312) 201-2647
Fax: (312) 207-2555
tomaras@wildmanharrold.com
***Attorney for Bausch & Lomb, Inc.***