UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO GOMEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAUSCH & LOMB INC., and ) <br> WALGREEN CO., d/b/a WALGREENS, ) <br> ) <br> Defendants. ) | No.  07 CV 06540 <br><br> Judge Milton I. Shadur |

### MOTION TO REMAND

NOW COMES the Plaintiff, MARIA DEL ROSARIO GOMEZ, by and through her attorneys, ROMANUCCI & BLANDIN, LLC, and requests that this Honorable Court enter an order remanding the above captioned matter to the Circuit Court of Cook County Law Division, and in support thereof states as follows:

1. This product liability action arises out of injuries caused by contaminated or otherwise defective contact lens solution produced by Defendant, BAUSCH & LOMB, INC., and sold to the Plaintiff by Defendant, WALGREENS.

2. Plaintiff, a citizen of Illinois, filed her action in the Circuit Court of Cook County on October 22, 2007, naming BAUSCH & LOMB, INC., as a Defendant.

3. On November 19, 2007, this case was removed to the United States District Court for the Northern District of Illinois – Eastern Division.

4. Since removal, Plaintiff has discovered that the contact lens solution at issue in this case was purchased at and distributed by Defendant WALGREENS, an Illinois Corporation.

5. On December 27, 2007, Plaintiff filed an Amended Complaint in the U.S. District Court for the Northern District of Illinois, naming WALGREENS as an additional party Defendant.

1

6.  WALGREENS, for diversity purposes, is a citizen of the State of Illinois.

7.  That with WALGREENS named as a party Defendant, diversity jurisdiction under 28 U.S.C. §1332 is destroyed.

8.  With no diversity jurisdiction under 28 U.S.C. §1332, this court no longer maintains subject matter jurisdiction over this action, and must remand this action to the Law Division of the Circuit Court of Cook County, where jurisdiction is proper.

9.  Furthermore, other product liability cases for injuries arising out of the same contaminated or otherwise defective contact lens solution produced by BAUSCH & LOMB are currently pending before the Honorable Judge Robert Cepero Lopez of the Circuit Court of Cook County, Law Division. These cases include: *Peters v. Bausch & Lomb, Inc., et al*, No. 07 L 11979; *Murr v. Bausch & Lomb, Inc., et al.*, No. 07 L 9531; *Peterson v. Bausch & Lomb Inc., et al.*, No. 07 L 8461; *Sigler v. Bausch & Lomb Inc., et al.*, No. 07 L 222; and, *Osorio v. Bausch & Lomb Inc., et al.*, No. 06 L 13013. In addition, Judge Cepero Lopez has stated that he is willing to preside over the present action should it be remanded to state court.

WHEREFORE, Plaintiff requests that this Honorable Court enter an order remanding this case to the Law Division of the Circuit Court of Cook County, before the Honorable Judge Robert Cepero Lopez, and for any further relief this Honorable Court deems appropriate and just.

Respectfully Submitted,
ROMANUCCI & BLANDIN, LLC

By: __//s// Antonio M. Romanucci__

Antonio M. Romanucci
ROMANUCCI & BLANDIN, LLC
33 North LaSalle Street
Suite 2000
Chicago, IL 60602
Tel: 312-458-1000
Fax: 312-458-1004