UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Maria Del Rosario Gomez
                                   Plaintiff,

v.                                                    Case No.: 1:07−cv−06540
                                                         Honorable Milton I. Shadur

Bausch & Lomb Incorporated, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry before Judge Milton I. Shadur :Status hearing held on 1/3/2008. Because of stock ownership in Walgreens this Court recuses itself under 28 U.S.C. 455(b)(4). This case is referred to the Executive Committee for action. No case will will be returned to my calendar in exchange for this case, nor will I be charged for equalization purposes.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.