## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO GOMEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 CV 06540 |
| ) | |
| BAUSCH & LOMB, INC., and ) | Judge Milton I. Shadur |
| WALGREEN CO., d/b/a WALGREENS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF FILING

TO:   All Counsel of Record
      (See Attached Service List)

PLEASE TAKE NOTICE that on **January 10, 2008**, we have filed the following with the United States District Court, Northern District of Illinois, Eastern Division: **Executed Waiver of Service of Summons for Walgreen Co.**, copies of which are attached hereto.

Antonio M. Romanucci
ROMANUCCI & BLANDIN
33 North LaSalle Street - Suite 2000
Chicago, Illinois  60602
312-458-1000
312-458-1004 Fax
Attorney No. 35875

### PROOF OF SERVICE

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by sending a copy to all parties shown above at their respective addresses via notification by the ECF/Pacer Service before 5:00 p.m. January 10, 2008.

                                                        //s// Antonio M. Romanucci

[X]   Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.