UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO GOMEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BAUSCH & LOMB, INC., and ) <br> WALGREEN CO., d/b/a WALGREENS, ) <br> ) <br> Defendants. ) <br> ) | No. 07 CV 06540 <br><br> Judge George M. Marovich |

### NOTICE OF FILING

TO: Peter A. Tomaras
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Ste. 2800
Chicago IL 60606-1229

PLEASE TAKE NOTICE that on **February 21, 2008,** we have filed the following with the United States District Court, Northern District of Illinois, Eastern Division, **Plaintiff's Reply to Defendant Bausch & Lomb's Opposition to Plaintiff's Motion to Remand**, copies of which are attached hereto.

Antonio M. Romanucci
ROMANUCCI & BLANDIN
33 North LaSalle Street - Suite 2000
Chicago, Illinois 60602
312-458-1000
312-458-1004 Fax
Attorney No. 35875

### CERTIFICATE OF SERVICE

I, hereby certify that on this 21st day of February, 2008, a copy of the foregoing Notice of Filing and Reply to Defendant Bausch & Lomb's Opposition to Plaintiff's Motion to Remand was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system.

//s// Antonio M. Romanucci