# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1785

### IN RE BAUSCH & LOMB INC. CONTACT LENS SOLUTION PRODUCTS LIABILITY LITIGATION

*Maria Del Rosario Gomez v. Bausch & Lomb Inc., and Walgreens Co.*

### NOTICE OF OPPOSITION TO TRANSFER OF "TAG-ALONG ACTION"

Plaintiff, MARIA DEL ROSARIO GOMEZ, hereby notifies the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.4(c) of the General Rules for Multidistrict Litigation of her Opposition to the Conditional Transfer Order entered January 24, 2008. Plaintiff will file a Motion and Brief in Support of this Opposition in accordance with Rule 7.4(d) of the General Rules for Multidistrict Litigation and by Order of this Court.

ROMANUCCI & BLANDIN

_____
One of the Attorneys for Plaintiff

Date: 2/8/08

Antonio M. Romanucci
David J. Vander Ploeg
**ROMANUCCI & BLANDIN**
33 N. LaSalle St. Ste. 2000
Chicago IL 60602
312/458-1000
312/458-1004 *facsimile*

