FILED
FEBRUARY 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A CERTIFIED TRUE COPY
FEB 27 2008
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FEB 27 2008
FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION
Maria Del Rosario Gomez v. Bausch & Lomb, Inc., et al.,  )
   N.D. Illinois, C.A. No. 1:07-6540  )   MDL No. 1785

## ORDER VACATING CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Gomez*) on February 8, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Gomez* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Gomez* was remanded to the Circuit Court of Cook County, Illinois, County Department, Law Division, by the Honorable George M. Marovich in an order filed on February 25, 2008.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-21" filed on February 8, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel